**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: STACK, GERALYN § Case No. 13-10663
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/18/2013. The undersigned trustee was appointed on 03/18/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $       245,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 24,128.11 |
| Administrative expenses | 82,947.24 |
| Bank service fees | 2,820.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 120,103.70 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    6. The deadline for filing non-governmental claims in this case was 08/23/2013 and the deadline for filing governmental claims was 09/14/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,352.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $11,352.64, for a total compensation of $11,352.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/22/2016       By: /s/ Michael Desmond
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case No.: | 13-10663 | Trustee Name: | (330623) Michael Desmond |
| Case Name: | STACK, GERALYN | Date Filed (f) or Converted (c): | 03/18/2013 (f) |
| | | § 341(a) Meeting Date: | 04/16/2013 |
| For Period Ending: | 02/22/2016 | Claims Bar Date: | 08/23/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS<br>First Midwest Bank- Checking Acct. | 1,300.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>First Midwest Bank Checking Acct. | 250.00 | 250.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Furniture, Television, Stereo and computer | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 4 | WEARING APPAREL<br>Clothes, shoes and purses | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 5 | FURS AND JEWELRY<br>Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | FIREARMS AND HOBBY EQUIPMENT<br>Camera and lens | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES<br>Life Insurance Term Policy worth $35,000 (Petty, Bielik & Burke Orthodontics) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension with Petty, Bielik & Burke Orthodontics | 33,529.80 | 33,529.80 | | 0.00 | FA |
| 9 | Personal Injury Lawsuit - 12 M6 004145 | 30,000.00 | 15,000.00 | | 245,000.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES<br>1997 Ford Explorer | 1,700.00 | 1,700.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case No.: | 13-10663 | Trustee Name: | (330623) Michael Desmond |
| --- | --- | --- | --- |
| Case Name: | STACK, GERALYN | Date Filed (f) or Converted (c): | 03/18/2013 (f) |
| | | § 341(a) Meeting Date: | 04/16/2013 |
| For Period Ending: | 02/22/2016 | Claims Bar Date: | 08/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Desk and Printer | 450.00 | 450.00 | | 0.00 | FA |
| 12 11818 Kamensky Ave., Unit 101, Alsip, IL<br>Fee Simple | 43,390.00 | 0.00 | | 0.00 | FA |
| **Assets Totals** (Excluding unknown values) | **$123,419.80** | **$63,729.80** | | **$245,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Personal injury lawsuit settled and approved. Trustee to file final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2014  **Current Projected Date Of Final Report (TFR):** 12/31/2015

02/22/2016  /s/Michael Desmond
Date  Michael Desmond

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | STACK, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 02/22/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/29/2014 | {9} | Illinois Farmers Insurance Company | Settlement Check re: Geralyn Stack v. Brian Wright - PI Case. Pursuant to Order entered 10/23/14. | 1142-000 | 245,000.00 | | 245,000.00 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.74 | 244,988.26 |
| 11/19/2014 | 101 | Geralyn Stack | Debtor's Exemption per Settlement Order dated October 23, 2014 | 8100-002 | | 15,000.00 | 229,988.26 |
| 11/19/2014 | 102 | Fefles Family Chiropractic | Medical Lien per order dated 10/23/2014 | 4220-000 | | 4,804.67 | 225,183.59 |
| 11/19/2014 | 103 | Tracy Snow, MA, LCPC, CFT | Medical Lien per Order dated 10-23-2014 | 4220-000 | | 7,131.20 | 218,052.39 |
| 11/19/2014 | 104 | State Farm Insurance | Claim No. 13-A993-050 Medical Lien per order dated 10-23-2014 | 4220-000 | | 3,333.33 | 214,719.06 |
| 11/19/2014 | 105 | Pro-Health Physical Rehabilitation Services, P.C. | Medical Lien per order dated 10-23-2014 | 4220-000 | | 2,057.20 | 212,661.86 |
| 11/19/2014 | 106 | ATI Physical Therapy | Medical Lien per order dated 10-23-2014 | 4220-000 | | 3,616.71 | 209,045.15 |
| 11/19/2014 | 107 | Palos Community Hospital | Medical Lien per order dated 10-23-2014 | 4220-000 | | 3,185.00 | 205,860.15 |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                                  ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | STACK, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 02/22/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/19/2014 | 108 | Cogan & Power, P.C. | Attorneys Fees Per Order Dated 10-23-2014 | 3210-600 |  | 81,666.67 | 124,193.48 |
| 11/19/2014 | 109 | Cogan & Power, P.C. | Attorneys Expenses Per Order Dated 10-23-2014 | 3220-610 |  | 1,280.57 | 122,912.91 |
| 11/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 307.93 | 122,604.98 |
| 12/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 209.71 | 122,395.27 |
| 01/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 176.04 | 122,219.23 |
| 02/27/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 164.07 | 122,055.16 |
| 03/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 187.26 | 121,867.90 |
| 04/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 175.28 | 121,692.62 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 169.20 | 121,523.42 |
| 06/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 186.44 | 121,336.98 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 180.34 | 121,156.64 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 168.45 | 120,988.19 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                                                ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 13-10663 | | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|---|
| Case Name: | STACK, GERALYN | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | | Account #: | ******1166 Checking Account |
| For Period Ending: | 02/22/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 185.64 | 120,802.55 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 173.75 | 120,628.80 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 167.72 | 120,461.08 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 190.60 | 120,270.48 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 166.78 | 120,103.70 |
| | | **COLUMN TOTALS** | | | 245,000.00 | 124,896.30 | $120,103.70 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 245,000.00 | 124,896.30 | |
| | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$245,000.00** | **$109,896.30** | |

{ } Asset Reference(s)     **UST Form 101-7-TFR (5/1/2011)**     ! - transaction has not been cleared

Exhibit B

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-10663 | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | STACK, GERALYN | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1215 | **Account #:** | ******1166 Checking Account | |
| **For Period Ending:** | 02/22/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1166 Checking Account | $245,000.00 | $109,896.30 | $120,103.70 |
| | **$245,000.00** | **$109,896.30** | **$120,103.70** |

**02/22/2016**                                        **/s/Michael Desmond**
**Date**                                              **Michael Desmond**

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-10663
Case Name: GERALYN STACK
Trustee Name: Michael Desmond

**Balance on hand:** $               120,103.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $           0.00
Remaining balance: $     120,103.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 11,352.64 | 0.00 | 11,352.64 |

Total to be paid for chapter 7 administrative expenses: $      11,352.64
Remaining balance: $     108,751.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $           0.00
Remaining balance: $     108,751.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 108,751.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,794.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee FIRST BANKCARD | 7,116.41 | 0.00 | 7,116.41 |
| 2 | Atlas Acquisitions LLC | 1,549.35 | 0.00 | 1,549.35 |
| 3 | Capital One, N.A. | 1,128.63 | 0.00 | 1,128.63 |

|  | Total to be paid for timely general unsecured claims: | $ | 9,794.39 |
|---|---|---|---|
|  | Remaining balance: | $ | 98,956.67 |

Tardily filed claims of general (unsecured) creditors totaling $30,826.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Vantium Capital Inc | 30,826.94 | 0.00 | 30,826.94 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 30,826.94 |
|---|---|---|---|
|  | Remaining balance: | $ | 68,129.73 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 68,129.73 |

**UST Form 101-7-TFR(5/1/2011)**

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.15% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $182.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $67,947.26.

**UST Form 101-7-TFR(5/1/2011)**