**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION**

| | | |
|---|---|---|
| In re: STACK, GERALYN | § § § § | Case No. 13-10663 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Michael Desmond</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/06/2016 in Courtroom 742, Dirksen Federal Courthouse Courthouse, 219 S. Dearborn Street, Courtroom 742, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>03/04/2016</u>     By: /s/ Michael K. Desmond

                                               Chapter 7 Trustee

Michael Desmond
10 South LaSalle
Chicago, IL 60603

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: STACK, GERALYN § Case No. 13-10663
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of: | $ 245,000.00 |
| and approved disbursements of: | $ 124,896.30 |
| leaving a balance on hand of[1]: | $ 120,103.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 120,103.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Michael K. Desmond | 11,352.64 | 0.00 | 11,352.64 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 11,352.64 |
| Remaining balance: | $ 108,751.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 108,751.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 108,751.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,794.39 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee FIRST BANKCARD | 7,116.41 | 0.00 | 7,116.41 |
| 2 | Atlas Acquisitions LLC | 1,549.35 | 0.00 | 1,549.35 |
| 3 | Capital One, N.A. | 1,128.63 | 0.00 | 1,128.63 |

Total to be paid for timely general unsecured claims: $ 9,794.39
Remaining balance: $ 98,956.67

Tardily filed claims of general (unsecured) creditors totaling $30,826.94 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Vantium Capital Inc | 30,826.94 | 0.00 | 30,826.94 |

Total to be paid for tardily filed general unsecured claims:  $ 30,826.94
Remaining balance:  $ 68,129.73

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 68,129.73

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.15% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $182.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $67,947.26.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Michael K. Desmond
                                          Chapter 7 Trustee

Michael Desmond
10 South LaSalle
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2016, I electronically filed the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals listed under the Electronic Mail Notice List. Also, all parties listed below on the Manual Notice List will be served by depositing a copy of same in the U.S. Mail on March 4, 2016 before 5:00 p.m., proper postage prepaid.

/s/ Michael K. Desmond, Trustee

**Electronic Mail Notice List**

- William Cross    wcross@fslegal.com
- Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jessica S Naples    ND-Two@il.cslegal.com
- Kevin A O'Flaherty    nmcmahon@oflaherty-law.com

**Manual Notice List**

| | |
|---|---|
| Geralyn Stack<br>11818 Komensky Ave.<br>Alsip, IL 60803<br>*(Debtor)* | Kevin P. O'Flaherty<br>O'Flaherty Law Office<br>5002 Main St., Suite 201<br>Downers Grove, IL 60515<br>*Counsel for Debtor* |
| Asset Acceptance LLC, Assignee<br>P.O. Box 2036<br>Warren, MI 48090<br>*Creditor* | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br>*Creditor* |
| Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>*Creditor* | Vantium Capital, Inc.<br>7880 Bent Branch Dr., Suite 150<br>Irving, TX 75063<br>*Creditor* |
| The Vrdolyak. Law Group, LLC,<br>7725 W. 159 1h Street, Suite A<br>Tinley Park, IL 60477 | Thomas H. Murphy<br>Cogan & Power, P.C.<br>1 East Wacker Drive, Suite 510<br>Chicago, IL 60601 |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-10663-CAD
Geralyn Stack                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez            Page 1 of 1            Date Rcvd: Mar 07, 2016
                              Form ID: pdf006            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
db          #+Geralyn Stack,    9437 S 79th Avenue Unit 303,    Hickory Hills, IL 60457-2172
20200156     +Banco Popular,    9600 W Bryn Mawr Ave,    Des Plaines IL 60018-5221
20200157     +Bank Of America,    100 North Tryon Street,    Charlotte North Carolina 28255-0001
20852585      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20200159     +Carsons,    PO Box 30253,    Salt Lake City UT 84130-0253
20200160     +Chase,    270 Park Avenue,    New York NY 10017-2070
20200161     +Citibank,    PO Box 6241,    Sioux Falls SD 57117-6241
20200162      First American Bank,    4949 Old Orchard,    Skokie IL 60077
20200163      Green Tree Mortgage,    PO Box 94710,    Palatine IL 60094-4710
20200165     +Macy's,    PO Box 8218,    Mason OH 45040-8218
20200166      Mitsubishi,    11012 Perimeter Dr,    Schaumburg IL 60173
20241087      POPULAR COMMUNITY BANK,    PO BOX 4503,    OAK PARK, IL 60303-4503
20200167     +RNB-Fields,    3701 Wyzata Blvd,    Minneapolis MN 55416-3401
20200168     +Sears,    3333 Beverly Road,    Hoffman Estates IL 60179-1999
20200169     +WFDS/WDS,    PO Box 1697,    Winterville NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20200155     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2016 01:19:17      Asset Acceptance LLC,
               PO Box 1630,    Warren MI 48090-1630
20536709     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 08 2016 01:19:17
               Asset Acceptance LLC assignee  FIRST BANKCARD,    PO Box 2036,    Warren, MI 48090-2036
20680614     +E-mail/Text: bnc@atlasacq.com Mar 08 2016 01:18:36      Atlas Acquisitions LLC,
               (CITIBANK SOUTH DAKOTA),    294 Union St.,    Hackensack, NJ 07601-4303
20678846     +E-mail/Text: bnc@atlasacq.com Mar 08 2016 01:18:36      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
20200158     +E-mail/Text: ebn@squaretwofinancial.com Mar 08 2016 01:20:16      Cach LLC,   4340 S Monaco,
               Denver CO 80237-3581
20200164     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 08 2016 01:18:44      Kohls,
               N56W17000 Ridgewood Dr,    Menomonee Falls WI 53051-7096
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Cogan & Power PC
aty            Thomas H Murphy
20922808     ##+Vantium Capital Inc,    dba Strategic Recovery Group,    7880 Bent Branch Dr Suite 150,
               Irving, TX 75063-6045
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2016 at the address(es) listed below:
          Jessica S Naples    on behalf of Creditor   Green Tree Servicing LLC ND-Two@il.cslegal.com
          Kevin  A O'Flaherty    on behalf of Debtor 1 Geralyn  Stack nmcmahon@oflaherty-law.com
          Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William  Cross    on behalf of Trustee Michael K Desmond wcross@fslegal.com
                                                                                             TOTAL: 5