**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: CARRILLO, GERALYN § Case No. 13-10663-DAC
F/K/A GERALYN STACK §
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $93,419.80 | Assets Exempt: | $15,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $64,936.91 | Claims Discharged Without Payment: | $19,707.38 |
| Total Expenses of Administration: | $97,121.09 | | |

    3) Total gross receipts of $245,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $82,942.00 (see **Exhibit 2**), yielded net receipts of $162,058.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $24,128.11 | $24,128.11 | $24,128.11 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $97,121.09 | $97,121.09 | $97,121.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $19,707.38 | $40,621.33 | $40,808.80 | $40,808.80 |
| **TOTAL DISBURSEMENTS** | $19,707.38 | $161,870.53 | $162,058.00 | $162,058.00 |

4) This case was originally filed under chapter 7 on 03/18/2013. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2016    By: /s/ Michael Desmond
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit - 12 M6 004145 | 1142-000 | $245,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$245,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| STACK, GERALYN | Surplus funds returned to debtor; $67,942.00 | 8200-002 | $67,942.00 |
| Geralyn Stack | Debtor's Exemption per Settlement Order dated October 23, 2014; $15,000.00 | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$82,942.00** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI Physical Therapy | 4220-000 | NA | $3,616.71 | $3,616.71 | $3,616.71 |
| | Fefles Family Chiropractic | 4220-000 | NA | $4,804.67 | $4,804.67 | $4,804.67 |
| | Palos Community Hospital | 4220-000 | NA | $3,185.00 | $3,185.00 | $3,185.00 |
| | Pro-Health Physical Rehabilitation Services, P.C. | 4220-000 | NA | $2,057.20 | $2,057.20 | $2,057.20 |
| | State Farm Insurance | 4220-000 | NA | $3,333.33 | $3,333.33 | $3,333.33 |
| | Tracy Snow, MA, LCPC, CFT | 4220-000 | NA | $7,131.20 | $7,131.20 | $7,131.20 |
| | **TOTAL SECURED** | | **$0.00** | **$24,128.11** | **$24,128.11** | **$24,128.11** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2100-000 | NA | $11,352.90 | $11,352.90 | $11,352.90 |
| Rabobank, N.A. | 2600-000 | NA | $2,820.95 | $2,820.95 | $2,820.95 |
| Cogan & Power, P.C. | 3210-600 | NA | $81,666.67 | $81,666.67 | $81,666.67 |
| Cogan & Power, P.C. | 3220-610 | NA | $1,280.57 | $1,280.57 | $1,280.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$97,121.09** | **$97,121.09** | **$97,121.09** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee FIRST BANKCARD | 7100-000 | $0.00 | $7,116.41 | $7,116.41 | $7,116.41 |
| 1I | Asset Acceptance LLC assignee FIRST BANKCARD | 7990-000 | NA | NA | $32.84 | $32.84 |
| 2 | Atlas Acquisitions LLC | 7100-000 | $0.00 | $1,549.35 | $1,549.35 | $1,549.35 |
| 2I | Atlas Acquisitions LLC | 7990-000 | NA | NA | $7.15 | $7.15 |
| 3 | Capital One, N.A. | 7100-000 | $0.00 | $1,128.63 | $1,128.63 | $1,128.63 |
| 3I | Capital One, N.A. | 7990-000 | NA | NA | $5.21 | $5.21 |
| 4 | Vantium Capital Inc | 7200-000 | $0.00 | $30,826.94 | $30,826.94 | $30,826.94 |
| 4I | Vantium Capital Inc | 7990-000 | NA | NA | $142.27 | $142.27 |
| N/F | Asset Acceptance, LLC | 7100-000 | $6,320.40 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $91.55 | NA | NA | NA |
| N/F | Carson | 7100-000 | $1,093.00 | NA | NA | NA |
| N/F | First American Bank | 7100-000 | $6,632.08 | NA | NA | NA |
| N/F | Kohls | 7100-000 | $1,073.00 | NA | NA | NA |
| N/F | Macys | 7100-000 | $1,274.00 | NA | NA | NA |
| N/F | Sears | 7100-000 | $1,549.00 | NA | NA | NA |
| N/F | WCO.UNT NO. Chase | 7100-000 | $125.00 | NA | NA | NA |
| N/F | each LLC | 7100-000 | $1,549.35 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$19,707.38** | **$40,621.33** | **$40,808.80** | **$40,808.80** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

## Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 13-10663 | Trustee Name: | (330623) Michael Desmond |
| --- | --- | --- | --- |
| Case Name: | CARRILLO, GERALYN | Date Filed (f) or Converted (c): | 03/18/2013 (f) |
| | | § 341(a) Meeting Date: | 04/16/2013 |
| For Period Ending: | 08/12/2016 | Claims Bar Date: | 08/23/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | BANK ACCOUNTS<br>First Midwest Bank- Checking Acct. | 1,300.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>First Midwest Bank Checking Acct. | 250.00 | 250.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Furniture, Television, Stereo and computer | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 4 | WEARING APPAREL<br>Clothes, shoes and purses | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 5 | FURS AND JEWELRY<br>Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | FIREARMS AND HOBBY EQUIPMENT<br>Camera and lens | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES<br>Life Insurance Term Policy worth $35,000 (Petty, Bielik & Burke Orthodontics) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension with Petty, Bielik & Burke Orthodontics | 33,529.80 | 33,529.80 | | 0.00 | FA |
| 9 | Personal Injury Lawsuit - 12 M6 004145 | 30,000.00 | 15,000.00 | | 245,000.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES<br>1997 Ford Explorer | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Desk and Printer | 450.00 | 450.00 | | 0.00 | FA |
| 12 | 11818 Kamensky Ave., Unit 101, Alsip, IL<br>Fee Simple | 43,390.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 13-10663
**Case Name:** CARRILLO, GERALYN
**For Period Ending:** 08/12/2016

**Trustee Name:** (330623) Michael Desmond
**Date Filed (f) or Converted (c):** 03/18/2013 (f)
**§ 341(a) Meeting Date:** 04/16/2013
**Claims Bar Date:** 08/23/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Assets   Totals   (Excluding unknown values) | $123,419.80 | $63,729.80 | | $245,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Personal injury lawsuit settled and approved.  Final Report approved and distributions made.  TDR will be filed once all checks clear bank.

**Initial Projected Date Of Final Report (TFR):**   12/31/2014         **Current Projected Date Of Final Report (TFR):**   03/03/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CARRILLO, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 08/12/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/29/2014 | {9} | Illinois Farmers Insurance Company | Settlement Check re: Geralyn Stack v. Brian Wright - PI Case. Pursuant to Order entered 10/23/14. | 1142-000 | 245,000.00 | | 245,000.00 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.74 | 244,988.26 |
| 11/19/2014 | 101 | Geralyn Stack | Debtor's Exemption per Settlement Order dated October 23, 2014 | 8100-002 | | 15,000.00 | 229,988.26 |
| 11/19/2014 | 102 | Fefles Family Chiropractic | Medical Lien per order dated 10/23/2014 | 4220-000 | | 4,804.67 | 225,183.59 |
| 11/19/2014 | 103 | Tracy Snow, MA, LCPC, CFT | Medical Lien per Order dated 10-23-2014 | 4220-000 | | 7,131.20 | 218,052.39 |
| 11/19/2014 | 104 | State Farm Insurance | Claim No. 13-A993-050 Medical Lien per order dated 10-23-2014 | 4220-000 | | 3,333.33 | 214,719.06 |
| 11/19/2014 | 105 | Pro-Health Physical Rehabilitation Services, P.C. | Medical Lien per order dated 10-23-2014 | 4220-000 | | 2,057.20 | 212,661.86 |
| 11/19/2014 | 106 | ATI Physical Therapy | Medical Lien per order dated 10-23-2014 | 4220-000 | | 3,616.71 | 209,045.15 |
| 11/19/2014 | 107 | Palos Community Hospital | Medical Lien per order dated 10-23-2014 | 4220-000 | | 3,185.00 | 205,860.15 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CARRILLO, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 08/12/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/19/2014 | 108 | Cogan & Power, P.C. | Attorneys Fees Per Order Dated 10-23-2014 | 3210-600 | | 81,666.67 | 124,193.48 |
| 11/19/2014 | 109 | Cogan & Power, P.C. | Attorneys Expenses Per Order Dated 10-23-2014 | 3220-610 | | 1,280.57 | 122,912.91 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 307.93 | 122,604.98 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.71 | 122,395.27 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.04 | 122,219.23 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.07 | 122,055.16 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.26 | 121,867.90 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.28 | 121,692.62 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.20 | 121,523.42 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 186.44 | 121,336.98 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.34 | 121,156.64 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 168.45 | 120,988.19 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | CARRILLO, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 08/12/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 185.64 | 120,802.55 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 173.75 | 120,628.80 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 167.72 | 120,461.08 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 190.60 | 120,270.48 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 166.78 | 120,103.70 |
| 04/14/2016 | 110 | Michael K. Desmond | Dividend paid 100.00% on $11,352.90 | Claim # FEE | Filed: $11,352.90 | 2100-000 | | 11,352.90 | 108,750.80 |
| 04/14/2016 | 111 | Asset Acceptance LLC assignee FIRST BANKCARD | Dividend paid 100.46% on $7,116.41 | Claim # 1 | Filed: $7,116.41 | | | 7,149.25 | 101,601.55 |
| | | | Claims Distribution - Thu, 04-14-2016     $7,116.41 | 7100-000 | | | 101,601.55 |
| | | | Interest payment 1!     $32.84 | 7990-000 | | | 101,601.55 |
| 04/14/2016 | 112 | Atlas Acquisitions LLC | Dividend paid 100.46% on $1,549.35 | Claim # 2 | Filed: $1,549.35 | | | 1,556.50 | 100,045.05 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CARRILLO, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 08/12/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Thu, 04-14-2016 $1,549.35 | 7100-000 | | | 100,045.05 |
| | | | Interest 1I $7.15 | 7990-000 | | | 100,045.05 |
| 04/14/2016 | 113 | Capital One, N.A. | Dividend paid 100.46% on $1,128.63 \| Claim # 3 \| Filed: $1,128.63 | | | 1,133.84 | 98,911.21 |
| | | | Claims Distribution - Thu, 04-14-2016 $1,128.63 | 7100-000 | | | 98,911.21 |
| | | | Interest 3I $5.21 | 7990-000 | | | 98,911.21 |
| 04/14/2016 | 114 | Vantium Capital Inc | ck rtned due to CR moving. CR to file addchg. Dividend paid 100.46% on $30,826.94 \| Claim # 4 \| Filed: $30,826.94 Voided on 05/24/2016 | 7200-000 | | 30,969.21 | 67,942.00 |
| 04/14/2016 | 115 | STACK, GERALYN | Surplus funds returned to debtor | 8200-002 | | 67,942.00 | 0.00 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-10663 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | CARRILLO, GERALYN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1215 | Account #: | ******1166 Checking Account |
| For Period Ending: | 08/12/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/24/2016 | 114 | Vantium Capital Inc | ck rtned due to CR moving. CR to file addchg. Dividend paid 100.46% on $30,826.94 \| Claim # 4 \| Filed: $30,826.94 Voided: check issued on 04/14/2016 | 7200-000 | | -30,969.21 | 30,969.21 |
| 05/24/2016 | 116 | Vantium Capital Inc | Dividend paid 100.46% on $30,826.94 \| Claim # 4 \| Filed: $30,826.94 | | | 30,969.21 | 0.00 |
| | | | Dividend paid 100.46% on $30,826.94 \| Claim # 4 \| Filed: $30,826.94  $30,826.94 | 7200-000 | | | 0.00 |
| | | | Interest 4I  $142.27 | 7990-000 | | | 0.00 |
| | | | **COLUMN TOTALS** | | 245,000.00 | 245,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 245,000.00 | 245,000.00 | |
| | | | Less: Payments to Debtors | | | 82,942.00 | |
| | | | **NET Receipts / Disbursements** | | **$245,000.00** | **$162,058.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-10663 |
| **Case Name:** | CARRILLO, GERALYN |
| **Taxpayer ID #:** | **-***1215 |
| **For Period Ending:** | 08/12/2016 |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1166 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1166 Checking Account | $245,000.00 | $162,058.00 | $0.00 |
| | **$245,000.00** | **$162,058.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**